No. 287. RABINOWITZ ET AL. *v.* KENNEDY, ATTORNEY GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *David Rein* for petitioners. *Solicitor General Cox, Assistant Attorney General Yeagley* and *George B. Searls* for respondent.

No. 292. MISSOURI PACIFIC RAILROAD CO. *v.* ELMORE & STAHL. Supreme Court of Texas. Certiorari granted. *Thurman Arnold, Abe Fortas, Abe Krash, Dennis G. Lyons* and *T. Gilbert Sharpe* for petitioner. *John C. North, Jr.* for respondent. *John B. Prizer* for Pennsylvania Railroad Co., and *Ballinger Mills* for Atchison, Topeka & Santa Fe Railway Co. et al., as *amici curiae,* in support of the petition.

No. 168. SHUTTLESWORTH *v.* CITY OF BIRMINGHAM. Court of Appeals of Alabama. Certiorari granted. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *Jack Greenberg, James M. Nabrit III, Peter A. Hall* and *Orzell Billingsley, Jr.* for petitioner. *J. M. Breckenridge* for respondent.

No. 389. DEPARTMENT OF REVENUE *v.* JAMES B. BEAM DISTILLING CO. Court of Appeals of Kentucky. Certiorari granted. MR. JUSTICE BRENNAN took no part in the consideration or decision of this petition. *John B. Breckinridge,* Attorney General of Kentucky, *William S. Riley,* Assistant Attorney General, and *Hal O. Williams.* for petitioner. *George R. Beneman* for respondent.